UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA           :      WAIVER OF INDICTMENT
                                  :
         - v. -                    :      13 Cr.      (DLC)
                                  :
ANIL SINGH,                        :      13 CRIM 508
                                  :
              Defendant.           :
                                  :
- - - - - - - - - - - - - - - - - x

     ANIL SINGH, the defendant, who is accused of violating Title 18, United States Code, Sections 371, 1343, 1346, 1349, 1952, 1956, and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant ANIL SINGH

_____
Witness

_____
David Touger, Esq.
Attorney for Defendant

Dated:   New York, New York
         July 11, 2013



