12/5/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

ANIL SINGH,

              Defendant.

---------------------------------------- x

ORDER OF RESTITUTION

13 Cr. 508 (DLC)

      Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Elisha J. Kobre, Assistant United States Attorney, of counsel; the presentence report; the Defendant conviction on Counts One through Five of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

    1.    **Amount of Restitution.** ANIL SINGH the Defendant, shall pay restitution in the total amount of $1,185,106.92 to the victim of the offense charged in Counts One through Five of the Information. The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    2.    **Sealing.** Consistent with 18 U.S.C. Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or

So ordered.

/s/ Denise Cote
12/5/14

disclosed by the Government, the Clerks Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
      December 5, 2014

SO ORDERED:

_____
HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

        - v. -

ANIL SINGH,

                Defendant.

------------------------------------X

SCHEDULE OF VICTIMS

S1 13 Cr. 508 (DLC)

| Name | Address | Amount of Restitution |
|---|---|---|
| Multiplan, Inc. | Joe Noble<br>Controller, MPI, Inc.<br>535 E. Diehl Road<br>Naperville, IL 60563 | $1,185,106.92 |
| Total: | | $1,185,106.92 |